# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **Stephanie Barnes,** | : | |
| Debtor. | : | Case No. 24-10276 (PMM) |

## ORDER DENYING MOTION

**AND NOW**, upon consideration of the Motion to Allow Claims (doc. #29, the "Motion");

AND a hearing with regard to the Motion having been held on October 24, 2024;

AND counsel for the movant having failed to appear at the hearing in order to prosecute the Motion;

It is therefore hereby **ordered** that the Motion is **denied**.

Dated: 10/24/24

*Patricia M. Mayer*

———————————————
Hon. Patricia M. Mayer
United States Bankruptcy Judge