# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephanie Barnes <br> *Debtor(s)* | CHAPTER 13 |
| MIDFIRST BANK <br> *Moving Party* <br> vs. | NO. 24-10276 PMM |
| Stephanie Barnes <br> *Debtor(s)* | |
| Kenneth E. West <br> *Trustee* | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this __27th__ day of __January__, 2025, at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge