**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **Stephanie Barnes** | : | **Chapter 13** |
| | : | **Case No.: 24-10276 PMM** |
| **Debtor(s)** | : | |

## PRAECIPE TO WITHDRAW

To the Clerk,

Kindly withdraw the Third Amended Plan and Certificate of Service, filed on 2/19/2025, docket number 71.

Respectfully Submitted,

Dated: February 19, 2025

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Attorney for Debtor(s)
Sadek & Cooper Law Offices
1500 JFK Boulevard
Suite 220
Philadelphia, PA 19102
215-545-0008
brad@sadeklaw.com