*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )
    Stephanie Barnes                          )          Case No. 24–10276–djb
                                               )
                                               )
    Debtor(s).                                   )          Chapter: 13
                                               )
                                               )

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

      **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

      **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

      **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

      **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: May 1, 2025                                   For The Court

                                                    Derek J Baker
                                                    Judge, United States Bankruptcy Court