United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                          Case No. 24-10276-djb
Stephanie Barnes               Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin        Page 1 of 2
Date Rcvd: May 01, 2025        Form ID: 155        Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie Barnes, 164 West Albemarle Avenue, Lansdowne, PA 19050-1127 |
| 14852538 | + | WELLS FARGO BANK, N.A., c/o ALYK L OFLAZIAN, Manley Deas & Kochalski LLC, 1555 Lakeshore Drive, Columbus, OH 43204-3825 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14897769 | | Email/Text: megan.harper@phila.gov | May 02 2025 00:59:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 14903355 | | Email/Text: megan.harper@phila.gov | May 02 2025 00:59:00 | City of Philadelphia, Law Department Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor., Philadelphia, PA 19102 |
| 14912627 | | Email/Text: megan.harper@phila.gov | May 02 2025 00:59:00 | City of Philadelphia, c/o PAMELA ELCHERT THURMOND, Law/Revenue Department, Mun. Serv. Bldg., 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102 |
| 14850309 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 02 2025 02:38:02 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14897334 | ^ | MEBN | May 02 2025 00:43:16 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14906233 | | Email/Text: EBN@Mohela.com | May 02 2025 00:59:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 14850312 | | Email/Text: EBN@Mohela.com | May 02 2025 00:59:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14972413 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 02 2025 01:41:57 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14850311 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 02 2025 01:40:12 | Midland Mortgage, P.O. Box 26648, Oklahoma City, OK 73126-0648 |
| 14850316 | + | Email/Text: bankruptcy@sw-credit.com | May 02 2025 00:59:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 14850317 | + | Email/Text: bncmail@w-legal.com | May 02 2025 00:59:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14850318 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 02 2025 00:59:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14851589 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 02 2025 01:40:12 | U.S. Department of Housing and Urban |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 01, 2025 | Form ID: 155 | Total Noticed: 17 |

| | | | | |
|---|---|---|---|---|
| | | | | Development, 801 Market Street, Philadelphia, PA 19107 |
| 14858737 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | May 02 2025 02:49:11 | Wells Fargo Bank, N.A., Attention: Bankruptcy Department, MAC N9286-01Y, Default Document Processing, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 14850319 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | | May 02 2025 02:14:36 | Wells Fargo Home Mortgage, Written Correspondence Resolutions, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14850310 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14850313 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14850314 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14850315 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2025                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Stephanie Barnes brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| Stephen Franks | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

Form 155 (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Stephanie Barnes ) Case No. 24−10276−djb
)
)
   Debtor(s). ) Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 1, 2025

For The Court

Derek J Baker
Judge, United States Bankruptcy Court