**SVCIN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 24-10276** |
| **Stephanie Barnes** | : | **Chapter 13** |
| | : | **Judge Derek J. Baker** |
| **Debtor(s)** | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Related Document # 91** |
| **Movant,** | : | |
| | : | |
| **vs** | : | |
| | : | |
| **Stephanie Barnes** | : | |
| **Kenneth E. West, Trustee** | : | |
| **Respondents.** | : | |
| | : | |

**PRAECIPE OF WITHDRAWAL OF MOTION FOR RELIEF
(DOCKET NO. 91)**

Now comes Wells Fargo Bank, N.A. ("Creditor") by and through counsel, and hereby

withdraws its Motion for Relief which was filed in this Court on June 16, 2025. The Motion for

Relief needs to be withdrawn because Debtor has submitted funds to cure the arrearage and is

now current in payments.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B.
Hall.
Contact email is ABHall@mdklegal.com

24-002077_KJB

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 24-10276** |
| **Stephanie Barnes** | : | **Chapter 13** |
| | : | **Judge Derek J. Baker** |
| **Debtor(s)** | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Related Document # 91** |
| **Movant,** | : | |
| | : | |
| **vs** | : | |
| | : | |
| **Stephanie Barnes** | : | |
| **Kenneth E. West, Trustee** | : | |
| **Respondents.** | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of

Motion for Relief (Docket No. 91) was filed electronically.  Notice of this filing will be sent to

the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

BRAD J. SADEK, Attorney for Stephanie Barnes,  brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

Stephanie Barnes, 164 West Albemarle Avenue, Lansdowne, PA  19050

US Department of HUD, Financial Operations Center, 52 Corporate Circle, Albany, NY
12203

/s/ Adam B. Hall
_____

24-002077_KJB