# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephanie Barnes <br><br> <u>Debtor</u> <br><br> MIDFIRST BANK <br><br> <u>Moving Party</u> <br> vs. <br><br> Stephanie Barnes <br><br> <u>Debtor</u> <br><br> and Kenneth E. West <br><br> <u>Trustee</u> | Chapter 13 <br><br><br> NO. 24-10276 DJB <br><br><br> 11 U.S.C. Section 362 |

## CERTIFICATION OF DEFAULT

I, Matthew Fissel, Esquire, attorney for Moving Party, certify that Debtor has defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated November 13, 2025, was served upon the Debtor and Debtor's Attorney on said date. Subsequent to said notice, the Debtor has failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

December 19, 2025

/s/ Matthew Fissel
Matthew Fissel, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
mfissel@kmllawgroup.com